**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Ethan T. Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: elitney@nicholaslaw.org

Attorneys for Plaintiff,
ZACHARY ZEFF

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Mark G. Rackers, Cal. Bar. No. 254242
Melissa A. Freeling, Cal. Bar No. 327684
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
Email: mrackers@sheppardmullin.com
Email: mfreeling@sheppardmullin.com

Attorneys for Defendant GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR CALIFORNIA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY ZEFF, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTAR CALIFORNIA INC., a California Corporation, and GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 3:20-cv-07122-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST GREYSTAR REAL ESTATE PARTNERS, LLC WITHOUT PREJUDICE**<br><br>**Judge**: Hon. Edward M. Chen<br><br>**Action Filed**: October 13, 2020<br>**Trial Date**: None Set |

Plaintiff Zachary Zeff ("Plaintiff"), Defendant Greystar Real Estate Partners, LLC ("GREP"), and Defendant Greystar California, Inc. ("Greystar CA") (collectively, the "Parties") jointly submit the following stipulation.

**WHEREAS**, as identified in the Parties' July 26, 2021 stipulation to file the First Amended Complaint, the Parties have separately stipulated and agreed to substitute Defendant Greystar Real Estate Partners, LLC for Defendant Greystar California, Inc., and timely dismiss Defendant Greystar Real Estate Partners, LLC without prejudice after Greystar California, Inc. answered the First Amended Complaint.

**WHEREAS,** Defendant Greystar California, Inc. has answered the First Amended Complaint.

**IT IS HEREBY STIPULATED,** by and between the Parties through their respective counsel that Defendant Greystar Real Estate Partners, LLC be dismissed from this action **without prejudice**, subject to approval by the Court.

Respectfully submitted:

DATED: October 7, 2021

**NICHOLAS & TOMASEVIC, LLP**

By: *_/s/ Ethan T. Litney_*

Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Ethan T. Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: elitney@nicholaslaw.org

Attorneys for Plaintiff,
ZACHARY ZEFF

DATED: October 7, 2021

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: *_/s/ Mark Rackers_*

Mark G. Rackers, Cal. Bar. No. 254242
Melissa A. Freeling, Cal. Bar No. 327684
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
Email: mrackers@sheppardmullin.com

Email: mfreeling@sheppardmullin.com

Attorneys for Defendants GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR CALIFORNIA, INC.

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Respectfully submitted:

DATED: October 7, 2021

**NICHOLAS & TOMASEVIC, LLP**

By: *_/s/ Ethan Litney_*

Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Ethan T. Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: elitney@nicholaslaw.org

Attorneys for Plaintiff,
ZACHARY ZEFF

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties, and for good cause shown, Plaintiff Zachary Zeff's claims in this action against Defendant Greystar Real Estate Partners, LLC are hereby dismissed **without prejudice.**

**IT IS SO ORDERED**.

DATED: _________________, 2021

_________________________________
The Honorable Edward M. Chen
United States District Court Judge