1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY ZEFF, an individual, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>GREYSTAR CALIFORNIA, INC., a Delaware limited liability company,<br><br>       Defendant. | Case No. 3:20-cv-07122-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME**<br><br>Action Filed:  October 13, 2022<br>Trial Date:      None Set |

ORDER
Case No. 3:20-CV-07122-EMC

NY 79091470

# ORDER

Having fully considered the Third Stipulation to Extend Time between plaintiff Zachary Zeff ("Plaintiff") and non-party Dwight Way Residential Property Owner, LLC ("Dwight Way"), and the pleadings, papers, and other documents filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Third Stipulation to Extend Time is **GRANTED**. Dwight Way's deadline to serve or file any objection and/or file a motion for a protective order regarding the notice that Dwight Way received on June 6, 2022, pursuant to section 9(c) of the Stipulated Protective Order (ECF No. 36), is extended to and includes August 26, 2022.

**IT IS SO ORDERED.**

Dated: August 4, 2022

_____
Honorable Kandis A. Westmore
United States Magistrate Judge for the
Northern District of California

- 1 -

ORDER
Case No. 3:20-CV-07122-EMC

NY 79091470