# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY ZEFF, an individual, on behalf of himself and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYSTAR CALIFORNIA, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | CASE NO. 3:20-CV-07122-EMC-KAW<br><br>ASSIGNED FOR DISCOVERY PURPOSES TO MAGISTRATE JUDGE KANDIS A. WESTMORE<br><br>**ORDER RE THIRD STIPULATION TO EXTEND TIME**<br><br>Judge:　　　　Hon. Edward M. Chen<br>Action Filed:　October 13, 2020<br>Trial Date:　　None Set |

Case No. 3:20-cv-07122-EMC-KAW
ORDER RE
THIRD STIPULATION TO EXTEND TIME

The Court, having reviewed the Third Stipulation to Extend Time filed by Non-Parties BRE Silver MF North Hollywood CA LLC, BRE Silver MF Roosevelt CA LLC, and BPP Alphabet MF Sherman Circle LLC (collectively, "Non-Parties") and Plaintiff Zachary Zeff, and good cause appearing therefor, hereby ORDERS as follows:

1. The Third Stipulation to Extend Time is GRANTED.

2. Non-Parties' deadline to serve or file any objection and/or file a motion for a protective order regarding the notice received by Non-Parties on June 6, 2022, pursuant to section 9(c) of the Stipulated Protective Order in this action, ECF No. 36, is extended to and includes September 1, 2022.

IT IS SO ORDERED.

DATED: August 4, 2022

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge