1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 ZACHARY ZEFF, an individual, on behalf of himself and on behalf of others similarly situated, | Case No. 3:20-CV-07122-EMC-KAW |
| 12 | ASSIGNED FOR DISCOVERY |
| 13          Plaintiff, | PURPOSES TO MAGISTRATE JUDGE KANDIS A. WESTMORE |
| 14      vs. | ORDER RE THIRD STIPULATION TO EXTEND TIME |
| 15 GREYSTAR CALIFORNIA, INC., a Delaware Corporation, | |
| 16 | Judge:          Hon. Edward M. Chen |
| 17          Defendant. | Complaint Filed:  October 13, 2020 Trial Date:      None Set |

18

19

20

21

22

23

24

25

26

27

28

1    The Court, having reviewed the Third Stipulation to Extend Time filed by Non-
2 parties DWF V. Wilshire Vermont, LP; Harbor Park Apartments, LP; and Kensington
3 Apartments, LP (collectively, "Non-Parties") and Plaintiff Zachary Zeff ("Plaintiff"), and
4 good cause appearing therefor, hereby ORDERS as follows:

5    1.    The Third Stipulation to Extend Time is GRANTED.

6    2.    Non-Parties' deadline to serve or file any objection and/or file a motion for a
7 protective order regarding the notice received by Non-Parties on June 6, 2022, pursuant to
8 section 9(c) of the protective order in this action, Docket No. 36, is extended to and
9 includes August 15, 2022.

10    IT IS SO ORDERED.

11

12    DATED:  August 4, 2022

KANDIS A. WESTMORE
United States Magistrate Judge,
United States District Court,
Northern District of California

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28