UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY ZEFF, an individual, on behalf of himself and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREYSTAR CALIFORNIA, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 3:20-CV-07122-EMC-KAW<br><br>ASSIGNED FOR DISCOVERY PURPOSES TO MAGISTRATE JUDGE KANDIS A. WESTMORE<br><br>ORDER RE FOURTH STIPULATION TO EXTEND TIME<br><br>Judge:　　　　Hon. Edward M. Chen<br><br>Complaint Filed:　October 13, 2020<br>Trial Date:　　　None Set |

1    The Court, having reviewed the Fourth Stipulation to Extend Time filed by Non-parties DWF V. Wilshire Vermont, LP; Harbor Park Apartments, LP; and Kensington Apartments, LP (collectively, "Non-Parties") and Plaintiff Zachary Zeff ("Plaintiff"), and good cause appearing therefor, hereby ORDERS as follows:

   1. The Fourth Stipulation to Extend Time is GRANTED.

   2. Non-Parties' deadline to serve or file any objection and/or file a motion for a protective order regarding the notice received by Non-Parties on June 6, 2022, pursuant to section 9(c) of the protective order in this action, Docket No. 36, is extended to and includes August 31, 2022.

   IT IS SO ORDERED.

DATED: August 24, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge,
United States District Court,
Northern District of California