**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff ZACHARY ZEFF

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Mark G. Rackers, Cal. Bar. No. 254242
Melissa A. Freeling, Cal. Bar No. 327684
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
Email: mrackers@sheppardmullin.com
Email: mfreeling@sheppardmullin.com

Attorneys for Defendant GREYSTAR CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY ZEFF, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTAR CALIFORNIA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-07122-EMC<br><br>**JOINT STATUS REPORT**<br><br>**Date:** November 7, 2023<br>**Time:** 2:30 p.m.<br>**Dept:** Courtroom 5, 17th Floor<br>**Judge**: Hon. Edward M. Chen<br><br>**Action Filed**: October 13, 2020<br>**Trial Date**: None Set |

     Plaintiff Zachary Zeff ("Plaintiff") and Defendant Greystar California, Inc. ("Greystar") (collectively with Plaintiff, the "Parties"), jointly submit the following joint status report:

1    Greystar is a property management company and Plaintiff is a former resident at a Greystar-
2  managed property. Plaintiff has filed his motion for class certification seeking to certify, in short,
3  whether the $100 late fees assessed at certain Greystar-managed properties are legal under California
4  Civil Code section 1671(d). On July 7, 2023, the parties filed a stipulation, informing the Court that
5  they were attempting to secure a mediation date in August or early September 2023 and requesting
6  that class certification briefing be stayed pending the conclusion of mediation (ECF No. 120). The
7  Court granted that request (ECF No. 121).

8    The parties have not yet mediated but have agreed to mediate with the Hon. Joel M. Pressman
9  (Judicate West) in January 2024. Plaintiff acknowledges that some of the delays in finalizing
10 mediation have been his fault (more accurately, his counsel's) and related to, e.g., counsel's trial
11 schedule, other unforeseen commitments, but also additional due diligence needed to effectively
12 mediate this class case including substantial outreach from other Greystar tenants and valuable
13 attorney-work-product related to same.

14   Defendant contends it has been trying, for almost a year, to navigate the parties to mediation,
15 as encouraged by the Court. For example, after the Court entered an order on October 4, 2022 that,
16 among other things, encouraged the parties to discuss settlement in advance of class certification
17 briefing (ECF No. 108), Greystar's counsel repeatedly reached out to Plaintiff's counsel to schedule
18 a mediation. On February 15, 2023, the parties filed a stipulation that sought to continue class
19 certification briefing so they could pursue mediation (ECF No. 112). The Court granted that request
20 and continued Plaintiff's deadline to file his motion for class certification to June 22, 2023 (ECF No.
21 113).

22   Despite several attempts in February and March 2023, the parties were not able to agree to a
23 mediator or a date for mediation. On June 22, 2023, Plaintiff filed his motion for class certification.
24 However, shortly after filing that motion, Plaintiff's counsel emailed Greystar's counsel, indicating
25 Plaintiff was still interested in mediation. Greystar's counsel indicated that Greystar was also still
26 willing to mediate.

27   The parties filed another stipulation, indicating they would mediate in August or September
28 2023. Plaintiff's counsel indicated he would be open to mediating with, among others, Judge

1  Sabraw, Judge Adler, or Judge Pressman. For several weeks, counsel researched the mediators'
2  availabilities and backgrounds. Greystar's counsel sent Plaintiff's counsel several emails offering a
3  number of options. Unfortunately, again, the parties were unable to agree on a mediator and a
4  mediation date.

5  On October 24, 2023, the parties again discussed and indicated a willingness to mediate and
6  began exploring potential mediators and dates. Due to conflicts (which include, among other things,
7  depositions, other scheduled mediations, the Holidays, etc.), Greystar and its counsel are not
8  available to mediate until January 2024. That said, the parties have made progress by agreeing to
9  use Judge Pressman as a mediator. The parties are working to schedule the mediation on one of the
10 following dates: January 8, 9, 10, 16, 22, 23. Plaintiff can mediate on those dates and the parties
11 anticipate having a firm date selected by the time of our status conference.

Respectfully submitted:

DATED: October 31, 2023                  **NICHOLAS & TOMASEVIC, LLP**

                                  By:    */s/Alex Tomasevic*
                                         Craig M. Nicholas (SBN 178444)
                                         Alex Tomasevic (SBN 245598)
                                         225 Broadway, 19th Floor
                                         San Diego, California 92101
                                         Tel: (619) 325-0492
                                         Fax: (619) 325-0496
                                         Email: atomasevic@nicholaslaw.org

                                         Attorneys for Plaintiff ZACHARY ZEFF

DATED: October 31, 2023                  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                                  By:    */s/ Mark G. Rackers*
                                         Mark G. Rackers, Cal. Bar. No. 254242
                                         Melissa A. Freeling, Cal. Bar No. 327684
                                         501 West Broadway, 19th Floor
                                         San Diego, California 92101-3598
                                         Telephone: 619.338.6500
                                         Facsimile: 619.234.3815
                                         Email: mrackers@sheppardmullin.com
                                         Email: mfreeling@sheppardmullin.com

                                         Attorneys for Defendant GREYSTAR CALIFORNIA, INC.

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Respectfully submitted:

DATED:   October 31, 2023    **NICHOLAS & TOMASEVIC, LLP**

By:   */s/Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0492
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff ZACHARY ZEFF