# EXHIBIT 2

*Zeff v. Greystar* - FEES - NICHOLAS & TOMASEVIC LLP

| Name | Position | Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Nicholas | Attorney, Partner at Nicholas & Tomasevic, LLP | $750.00 | 12.3 | 2.8 | 9.6 | 0.5 | 0.5 | 12.8 | 0.0 | 0.0 | 6.8 | 2.1 | 5.1 | 0.0 | 52.50 | $39,375.00 |
| Alex Tomasevic | Attorney, Partner at Nicholas & Tomasevic, LLP | $700.00 | 24.8 | 31.9 | 38.7 | 26.1 | 27.8 | 48.2 | 0.0 | 12.0 | 17.6 | 34.4 | 7.8 | 0.0 | 269.30 | $188,510.00 |
| Shaun Markley | Attorney, Partner at Nicholas & Tomasevic, LLP | $600.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | $0.00 |
| Jake Schulte | Attorney, Senior Associate at Nicholas & Tomasevic, LLP | $500.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | $0.00 |
| Ethan Litney | Attorney, Former Associate at Nicholas & Tomasevic, LLP | $450.00 | 25.2 | 88.9 | 62.2 | 92.2 | 16.8 | 68.7 | 0.0 | 2.1 | 15.9 | 0.0 | 4.4 | 0.0 | 376.40 | $169,380.00 |
| Jordan Belcastro | Attorney, Associate at Nicholas & Tomasevic, LLP | $375.00 | 3.2 | 10.8 | 8.6 | 10.9 | 3.9 | 14.2 | 0.0 | 0.0 | 5.5 | 5.2 | 2.2 | 0.0 | 64.50 | $24,187.50 |
| Valerie Garcia | Paralegal, Nicholas & Tomasevic, LLP | $225.00 | 4.1 | 0.0 | 0.2 | 12.5 | 0.0 | 11.5 | 0.0 | 0.0 | 3.6 | 0.0 | 8.9 | 0.0 | 40.80 | $9,180.00 |
| Emilia Carrillo | Chief Paralegal, Nicholas & Tomasevic, LLP | $225.00 | 10.1 | 5.9 | 6.9 | 25.4 | 2.6 | 13.5 | 0.0 | 0.8 | 3.9 | 7.0 | 13.3 | 0.0 | 89.40 | $20,115.00 |
| | | | | | | | | | | | | | | | TOTAL FEES | $450,747.50 |
| HOURS TOTALS: | | | 79.7 | 140.3 | 126.2 | 167.6 | 51.6 | 168.9 | 0.0 | 14.9 | 53.3 | 48.7 | 41.7 | 0.0 | 892.90 | |

1 Plantiff and Class Communications
2 Document Review
3 Factual Research and Investigation
4 Written Discovery
5 Depositions
6 Pleadings, Briefs, and Pretrial Motions
7 Experts
8 Court Appearances
9 Litigation Strategy and Analysis
10 Settlement, including Settlement Approval Work
11 Case Managemnet and Administrative
12 Trial Preparations